# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136882

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BROE REHABILITATION SERVICES, INC.,
    Intervening Plaintiff-Appellee,
and

LINDA WENDERLICH,
    Plaintiff,

v

ALLSTATE INSURANCE COMPANY,
    Defendant-Appellant.

SC: 136882
COA: 275587
Wayne CC: 03-317643-NI

_____/

On order of the Court, the application for leave to appeal the April 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk